**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

DONALD WARREN DUNSTON,     :
                                   :
          Plaintiff,            :
                                   :
v.                                 :        CASE NO.:  1:13-cv-103 (WLS)
                                 :
NURSE PRACTITIONER BROWN,    :
                                 :
          Defendant.      :
                                 :

## ORDER

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff in this 42 U.S.C. § 1983 case. (Doc. 20.) In the Recommendation, Judge Langstaff recommends that the Court grant Defendant Brown's motion for summary judgment. Despite notice of the procedure for motions for summary judgment, Dunston did not respond to the motion. Nor did he object to the Recommendation. Upon full review and consideration of the record, the Court finds that Judge Langstaff's Recommendation should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. The motion for summary judgment is **GRANTED**, and judgment shall be entered in favor of Defendant.

**SO ORDERED**, this ____22nd____ day of May, 2014.


           /s/ W. Louis Sands
          **W. LOUIS SANDS, JUDGE
UNITED STATES DISTRICT COURT**